UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIBULLAH QASEMI,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.<br><br>Respondents. | No. 1:26-cv-03503-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; GRANTING PETITION FOR WRIT OF HABEAS CORPUS; AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT<br><br>(Doc. Nos. 1, 13, 14) |

Petitioner Najibullah Qasemi is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 8 U.S.C. § 2241. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus (Doc. No. 1) be granted and that petitioner's motion for temporary restraining order (Doc. No. 13) be denied as moot. (Doc. No. 14.) Specifically, the magistrate judge adopted and incorporated this court's prior reasoning in *Rocha Chavarria v. Chestnut*, No. 1:25-cv-1755 DAD AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025), and found, in light of petitioner's previous release from immigration detention on parole, that his re-detention absent notice and hearing violated due process. (Doc. No. 14 at 3.) The

1

pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service.  (*Id.* at 7.)  To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on June 1, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Najibullah Qasemi, A-File No. 249-373-097, from respondents' custody on the same conditions, if any, he was subject prior to his re-detention on March 31, 2026, and to return petitioner's property;

    b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless they provide petitioner with at least seven (7) days' written notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;

3.    Petitioner's motion for temporary restraining order (Doc. No. 13) is hereby DENIED as having been rendered moot by this order granting him habeas relief;

4.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

/////

/////

/////

5.      The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE